THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROYAL DEVELOPMENT COMPANY and Others, Respondents. ARTHUR KILLIAN, Appellant, and Others,

Appellants, Intervenors.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.